UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR - 5 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Rick Allen Hohensee,         )
                             )
         Plaintiff,          )
                             )
v.                           )   Civil Action No.   **09 0424**
                             )
                             )
George Walker Bush *et al.*, )
                             )
         Defendants.         )

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915(e)(2) (requiring dismissal of a complaint upon a determination that the complaint, among other grounds, fails to state a claim upon which relief may be granted).

Plaintiff, a resident of the District of Columbia, seeks to bring war crimes against former President George Walker Bush and Vice President Dick Cheney. The prosecution of war crimes is the exclusive domain of international tribunals. *See, e.g., Hamdan v. Rumsfeld*, 548 U.S. 557, 610 (2006) (discussing source of law); *cf. Rockefeller v. U.S. Court of Appeals Office, for Tenth Circuit*, 248 F. Supp. 2d 17, 23 (D.D.C. 2003 ) ("criminal statutes [] do not convey a private right of action"); 28 U.S.C. § 547(1) (the United States Attorney "shall prosecute for all offenses against the United States")). Hence, the complaint is dismissed. A separate Order of accompanies this Memorandum Opinion.

Date: February _11_, 2009

/s/ Ellen S. Huvelle
United States District Judge

